Judgment affirmed, with costs; no opinion.

Concur: HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ. Dissenting: HISCOCK, Ch. J., and McLAUGHLIN, J.

---

VINCENT ALBANO, an Infant, by VINCENT F. ALBANO, His Guardian ad Litem, Respondent, *v.* J. F. TAPLEY & Co., INC., Appellant.

VINCENT F. ALBANO, Respondent, *v.* J. F. TAPLEY & Co., INC., Appellant.

*Negligence — child run over by electric truck left unattended in street and started by children.*

*Albano* v. *Tapley & Co., Inc.,* 199 App. Div. 916 (2 cases), affirmed. (Argued June 12, 1922; decided July 12, 1922.)

APPEAL, in each of the above-entitled actions, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 15, 1921, affirming a judgment in favor of plaintiff entered upon a verdict. The first action was to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. The second action was by the father of the plaintiff in the first action to recover for loss of services. The complaint alleged that on the 7th day of August, 1920, while the plaintiff, five years old, was upon the northerly sidewalk at the curb, in front of 505 West Forty-first street, adjusting his shoe, the defendant's electric truck, which had been left unattended by its driver in front of such premises, was started by children, and the rear right wheel crushed his foot.

*Bernard J. Vincent, Alden Chester, Gormly J. Sproull* and *James E. Woods* for appellant.

*William M. Parke, Edgar T. Brackett, Louis H. Schleider* and *Leonard F. Fish* for respondents.

Judgment in each case affirmed, with costs; no opinion.

Concur: HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Dissenting: HISCOCK, Ch. J., on ground of the admission of improper evidence.